UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        *Plaintiff*,        Case No. 25-cr-155

vs.

ANKURKUMAR BHANUBHAI PATEL,

        *Defendant*.

_____

**NOTICE OF APPEARANCE OF NICOLE M. MASNICA**
_____

PLEASE TAKE NOTICE that Nicole M. Masnica of Gimbel, Reilly, Guerin & Brown, LLP appears as counsel for Ankurkumar Bhanubhai Patel in the captioned action and requests that all pleadings and other court documents be served upon her through the CM/ECF filing system.

Dated at Milwaukee, Wisconsin, this 9th day of September, 2025.

        Respectfully submitted,

        GIMBEL, REILLY, GUERIN & BROWN LLP

        By: *Electronically Signed by Nicole M. Masnica*
           NICOLE MASNICA
           State Bar No. 1079819
           Email: nmasnica@grgblaw.com
        Counsel for Ankurkumar Bhanubhai Patel.

POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440