# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 25-cr-155 |
|  | ) |
| __ANKURKUMAR BHANUBHAI PATEL__ | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **Ankurkumar Bhanubhai Patel**,
who is accused of an offense or violation on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Pretrial Release Violation Petition
☐ Violation Notice   ☐ Order of Court

This offense is briefly described as follows:
Count 1: 18:1956(h) - Conspiracy to Launder Monetary Instruments
Count 2: 18:1957 - Unlawful Financial Transaction

Date:     August 13, 2025                                             s/ *Linda M. Zik*
                                                                   Issuing officer's signature

                                                                   LINDA M. KLEMM, Interim Clerk, U.S. District Court

City and State:   Milwaukee, Wisconsin          By: Linda M. Zik, Deputy Clerk
                                                                   Printed name and title

### Return

This warrant was received on *(date)* 08/13/2025, and the person was arrested on *(date)* 09/09/2025
at *(city and state)*   Milwaukee, WI.

Date:   09/10/2025                          *Ashley Gentle*
                                                               Arresting officer's signature

                                                               Ashley Gentle, FBI Special Agent
                                                               Printed name and title