# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                              Case No. 25-CR-155-BHL-SCD

ANKURKUMAR BHANUBHAI PATEL,

    Defendant.

## PROTECTIVE ORDER GOVERNING DISCOVERY

The United States of America, by its attorneys, Richard G. Frohling, Acting United States Attorney for the Eastern District of Wisconsin, and Peter J. Smyczek, Assistant United States Attorney, has filed an unopposed motion for a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure. For the reasons stated in the motion and for good cause shown, the court **GRANTS** the government's motion for protective order governing the use, dissemination, and disposition of the discovery materials, ECF No. 8. Accordingly, the court **ORDERS** that:

(1)    All of the materials provided by the United States in preparation for, or in connection with, any stage of the proceedings in this case (collectively, "the materials") are subject to this protective order and may be used by the defendant and his counsel (defined as counsel of record in this case) solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

(2) The defendant and his counsel shall not disclose the materials or their contents directly or indirectly to any person or entity other than persons employed to assist in the defense, persons who are interviewed as potential witnesses, counsel for potential witnesses, and other persons to whom the Court may authorize disclosure (collectively, "authorized persons").

(3) Potential witnesses and their counsel may be shown copies of the materials as necessary to prepare the defense but may not retain copies without prior permission of the Court.

(4) The defendant, his counsel, and authorized persons shall not copy or reproduce the materials except in order to provide copies of the materials for use in connection with this case by the defendant, his counsel, and authorized persons. Such copies and reproductions shall be treated in the same manner as the original materials.

(5) The defendant, his counsel, and authorized persons shall not disclose any notes or records of any kind that they make in relation to the contents of the materials, other than to authorized persons, and all such notes or records are to be treated in the same manner as the original materials.

(6) Before providing materials to an authorized person, defense counsel must provide the authorized person with a copy of this Order.

(7) Upon conclusion of all stages of this case, all of the materials and all copies made thereof shall be disposed of in one of three ways, unless otherwise ordered by the Court. The materials may be (1) destroyed; (2) returned to the United States; or (3) retained in defense counsel's case files in a password-protected electronic format.

<u>The defendant may not retain such materials in any form</u>. In the event that the materials are retained by defense counsel, the restrictions of this Order continue in effect for as long as the materials are so maintained, and the materials may not be disseminated or used in connection with any other matter without further order of the Court.

(8) The restrictions set forth in this Order do not apply to documents that are or become part of the public court record, including documents that have been received in evidence at other trials. Personal identifying information contained in any discovery material shall be redacted if the discovery material is filed with the Court. If it is necessary for the Court to review the personal identifying information contained within the discovery materials or a description thereof, such filing shall be made under seal.

(9) Nothing contained in this Order shall preclude the defendant from applying to this Court for further relief or for modification of any provision hereof.

**SO ORDERED** this 12th day of September, 2025.

_____
STEPHEN C. DRIES
United States Magistrate Judge

3